# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|---|
| **Debtor:** | DEBRA LYNN BANKS |
| **Case Number:** | 2:09-bk-13211-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 17, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP

R / M #:   19 / 0

## Appearances:

NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on January 11, 2010, by PHH Mortgage Corp. ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

   x    The Motion asserts that the Movant is the assignee of beneficial interest in the Deed of Trust and the holder of the underlying Note, but the assignment provided by the Movant is insufficient as MERS is listed as the assignor. MERS is an entity whose sole purpose is to act as "mortgagee of record" for mortgage loans that are registered on the MERS system. In re Kang Jin Hwang, 396 B.R. 757 (Bankr. C.D.Cal 2008).

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on March 17, 2010 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.